

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

NOV - 2 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

CR 17   564 WHO

| | |
|---|---|
| **CASE NAME:** | **CASE NUMBER:** |
| USA v. TADEVOSYAN, ET AL. | CR |
| **Is This Case Under Seal?** | Yes ✓   No |
| **Total Number of Defendants:** | 1    2-7    8 or more ✓ |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓   OAK    SJ |
| **Is this a potential high-cost case?** | Yes ✓   No |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✓ |
| **Is this a RICO Act gang case?** | Yes    No ✓ |
| **Assigned AUSA (Lead Attorney):** Andrew Dawson | **Date Submitted:** 11/2/2017 |
| **Comments:** | |

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF