BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for the United States

**FILED**
NOV 02 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 17 564 WHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR |
| Plaintiff, | UNITED STATES' MOTION TO SEAL INDICTMENT AND ARREST WARRANTS AND [PROPOSED] ORDER |
| v. | |
| ASHOT TADEVOSYAN et al., | |
| Defendant. | |

The United States hereby moves the Court for an order sealing this Motion, the concurrently filed Indictment, the associated Arrest Warrants, the Sealing Order, and all other related documents in the above-captioned case. The government believes that if the defendants are made aware of these documents before they are arrested, that they may make efforts to avoid being arrested. The United States further moves the Court for an order permitting that the Indictment be unsealed upon the initial appearance of any named defendant in the Indictment. The government anticipates that the named defendants will be arrested in the Central District of California, and the government is informed that a magistrate judge in the Central District of California is not authorized to unseal an indictment on file in the Northern District of California. Automatic unsealing upon initial appearance will streamline the Rule 5 procedures in the Central District of California.

MOTION TO SEAL

The United States also requests that, in the event not all defendants are taken into custody and presented to the magistrate in the Central District of California on the same day, the portions of the Indictment identifying those defendants will remain under seal. The government will prepare redacted versions of the Indictment as necessary to facilitate the initial appearances while redacting information identifying other defendants. The government believes unsealing the entire Indictment will risk alerting an un-arrested defendant and causing him to flee, and it might undermine the ability of a willing defendant to cooperate with the government.

The United States also requests that, notwithstanding any sealing order, the Clerk of Court be required to give copies of the sealed documents to employees of the United States Attorney's Office and Special Agents and other investigative law enforcement officers of the Federal Bureau of Investigation, and that the United States Attorney's Office be permitted to serve working copies on federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, to effectuate the Court's Order.

DATED: November 2, 2017                    Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

ANDREW F. DAWSON
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that this Motion and Order, the Indictment, and the warrants for the defendants' arrest shall be filed and kept under seal by the clerk of the Court. The Court further **ORDERS** that the Indictment will be deemed unsealed upon the defendants' initial appearance in magistrate court. However, in the event that not all defendants identified in the Indictment make their initial appearances on the same day, the United States may redact those portions of the Indictment that identify such defendants and provide the redacted Indictment to defendants, their counsel, and other parties. Those redacted portions of the Indictment shall remain

under seal until further order of this Court. The Court hereby further **ORDERS** that any representative of the United States Attorney's Office or the Federal Bureau of Investigation shall be allowed to obtain a copy of the Indictment and arrest warrant for the defendants without further order of the Court. The United States Attorney's Office shall be permitted to serve working copies on federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, to effectuate the Court's Order.

DATED: November 2, 2017

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

MOTION TO SEAL