1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7019
7       FAX: (415) 436-7234
        Andrew.Dawson@usdoj.gov
8
   Attorneys for the United States
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,            )  CASE NOS: CR 17-564 WHO, CR 18-534 WHO
13                                       )
              Plaintiff,                 )  STATUS REPORT, STIPULATION FOR BRIEF
14                                       )  CONTINUANCE, AND ORDER
        v.                               )
15                                       )
   ASHOT TADEVOSYAN, ARTOUR ATOIAN,)
16 SUREN PETOYAN, GRIGOR FRENKYAN,       )
   POGOS TATRYAN, ARTUR ARAKELIAN        )
17                                       )
              Defendants.                )
18 _____)

19
        The parties in this case last appeared before this Court on December 6, 2018, at which time the

20 matter was continued to May 2, 2019 for trial setting or change of plea.  Since that time, the parties have

21 continued to negotiate potential resolutions.  Tentative agreements have been reached as to certain

22 defendants, and negotiations are at advanced stages as to the remainder of the defendants.[1]  The parties

23 hoped to complete negotiations prior to the scheduled May 2 appearance, but unfortunately due to travel

24 schedules, the departure of one defense counsel from the case, and other factors, negotiations remain

25
26 _____
        [1] Defendant Tikhonov and Defendant Vaysberg are not parties to this stipulation because, in the
27 government's view, plea negotiations are sufficiently advanced that a continuance to May 23 is not
   necessary as to those defendants.  The parties may file a subsequent stipulation to separately set change
28 of plea hearings for those defendants.

   STIPULATION CONTINUING STATUS CONFERENCE AND ORDER
   CR 17-0564 WHO; CR 18-534 WHO

1  ongoing.

2      The parties stipulate and agree that a brief, three-week continuance would aid the parties in

3  streamlining this case and limiting the number of defendants to be scheduled for trial, if not eliminating

4  the need for a trial entirely.  By hopefully narrowing the population of defendants to be set for trial, the

5  parties will be able to more accurately inform the Court as to the anticipated trial schedule and any

6  necessary motion practice.  The parties further note that a brief continuance will allow counsel for

7  Defendant Arakelian, who was indicted more recently in November 2018 and has had only a few

8  months with the voluminous discovery, to further review discovery and engage in plea negotiations.

9      The parties further stipulate and agree that an exclusion of time for purposes of the Speedy Trial

10  Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) would be appropriate between May 2, 2019, and

11  May 23, 2019.  Exclusion of time until May 23, 2019, will allow the defense to review the evidence, do

12  further investigation, and is necessary for the effective preparation of counsel.  *See* 18 U.S.C. §

13  3161(h)(7)(B)(iv).

14      The parties are cognizant that the Court requested a status update one week prior to the May 2,

15  2019 appearance.  While the government is unaware of any particular motions under consideration by

16  the defense, the government provisionally proposes that motions be filed in July 2019, with a motion

17  hearing date in August 2019.  While the number of defendants to be tried remains in flux, the

18  government proposes a trial date in mid-April 2020.  Government counsel presently has trials set in

19  September 2019 and February 2020, and in light of defendant Arakelian's more recent indictment and

20  the need for his counsel to prepare, the government believes an April 2020 trial date to be appropriate.[2]

21  All *Giglio* material in the government's possession will be produced to the defense a minimum of 30

22  days prior to the commencement of trial.  The parties believe they will be in a better position to advise

23  the Court as to a specific trial schedule on May 23, 2019, if the Court is amenable to granting the

24  continuance.  In the event the continuance is granted, the parties will file a revised status report on May

25  16, 2019.

26

27      [2] Counsel for Arakelian has indicated that she has scheduling conflicts with a motion hearing

28  date in August 2019 and with a trial in April 2020.  The parties anticipate further meeting and conferring
regarding a schedule once the number of defendants for trial has been determined.

STIPULATION CONTINUING STATUS CONFERENCE AND ORDER
CR 17-0564 WHO; CR 18-534 WHO

1    IT IS SO STIPULATED.

2    DATED: April 25, 2019                          /s/
                                          ANDREW F. DAWSON
3                                         Assistant United States Attorney

4
     DATED: April 25, 2019                          /s/
5                                         PAT HARRIS
                                          Counsel for Defendant Ashot Tadevosyan
6
     DATED: April 25, 2019                          /s/
7                                         GARO GHAZARIAN
                                          Counsel for Defendant Suren Petoyan
8
     DATED: April 25, 2019                          /s/
9                                         THOMAS V. JOHNSTON
                                          Counsel for Defendant Pogos Tataryan
10
     DATED: April 25, 2019                          /s/
11                                        JAMES THOMSON
                                          Counsel for Defendant Grigor Frenkyan
12
     DATED: April 25, 2019                          /s/
13                                        TIGRAN MARTINIAN
                                          Counsel for Defendant Artour Atoian
14
     DATED: April 25, 2019                          /s/
15                                        K. ALEXANDRA MCCLURE
                                          Counsel for Defendant Artur Arakelian
16

17                                    ORDER

18        The previously scheduled appearance on May 2, 2019, is hereby continued to 1:30pm on May

19   23, 2019.  Pursuant to the parties' stipulation the Court finds that the exclusion of the period from May

20   2, 2019 to May 23, 2019 from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the

21   ends of justice served by the continuance outweigh the interests of the public and the defendant in the

22   prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time

23   would deny counsel for the defendant and for the government the reasonable time necessary for

24   effective preparation and of counsel, taking into account the exercise of due diligence, and would result

25   in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

26        IT IS SO ORDERED.

27
                                                              
28   DATED: April 29, 2019        _
     STIPULATION CONTINUING STATUS CONFERENCE AND ORDER
     CR 17-0564 WHO; CR 18-534 WHO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE